UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ALBERT C. McCOY                    )
1291 Brentwood Road, N.E. #2       )
Washington, D.C. 20018,            )
                                   )
ANTHONY McCOY 18452-016            )
FCC USP Coleman                    )
P.O. Box 1033                      )
Coleman, FL 33521,                 )
                                   )
        Plaintiffs                 )
                                   )
    v.                             )
                                   ) Civil Action No. 06-0762 (PLF)
                                   )
UNITED STATS OF AMERICA,           )
                                   )
        Defendant.                 )
_____)
```

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)