UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT C. MCCOY and<br>ANTHONY MCCOY<br><br>　　　　Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civ. A. No. 06cv762 (PLF)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or to Transfer [3] and the opposition thereto, it is

ORDERED that defendant's motion is denied.


Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:

Karen L. Melnik
AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W.
Suite 225
Washington, D.C. 20009