UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERT C. MCCOY and<br>     ANTHONY MCCOY,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-0762 (PLF) |

### DECLARATION OF RENÉE BRINKER FORNSHILL

I, Renée Brinker Fornshill, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August 1995. As an attorney for the Bureau of Prisons, I have access to official records contained in the ordinary course of business for the Bureau of Prisons.

2. A review of these records indicates the plaintiffs provided a witness list in their administrative claims filed with the Bureau of Prisons. The following list provides the name and current location of each witness:
   - Lieutenant Jesse Good, USP Leavenworth;
   - Employee Services Specialist William Carey, USP Leavenworth;
   - Senior Officer Specialist Nicholas Hall, USP Leavenworth;
   - Senior Officer Christopher Cooper, USP Leavenworth;
   - Physician's Assistant Pierre Camps, USP Leavenworth;
   - Clinical Director William McCollum, USP Leavenworth;
   - Physician's Assistant Mulugheta Berhane, USP Leavenworth;
   - Staff Psychologist Kevin Donovan, USP Leavenworth;
   - Case Manager Mardo Johnson, USP Leavenworth;
   - Correctional Counselor Scott Booth, USP Leavenworth;
   - Warden N.L. Conner, deceased;
   - Judy Tharp, M.D., retired in Kansas area;
   - Dr. Ibarra, contract psychiatrist, non-BOP employee, Kansas area;
   - Captain Rodger Benefiel, FCI El Reno in Oklahoma;
   - Regional Correctional Services Administrator Michael Carvajal, South Central Regional Office in Dallas, Texas.

3. Additionally, all administrative records (Lieutenant logs, Special Housing Unit records, Special Investigative Section records, Custody records, etc.) regarding this incident are located at USP Leavenworth, including the central file and medical records of Albert McCoy. Anthony McCoy's central file is with him at USP Coleman in Florida.

4. Anthony McCoy is currently serving a life sentence. The Bureau of Prisons does not have a projected release date for Mr. Anthony McCoy.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 24th day of July 2006 in Washington, D.C.

_____
Renée Brinker Fornshill
Assistant General Counsel
Office of General Counsel
Federal Bureau of Prisons