UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALBERT C. McCOY and ANTHONY McCOY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0762 (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

<u>ORDER</u>

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the motion of defendant United States of America to dismiss or, in the alternative, to transfer venue [3] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the motion to dismiss is DENIED without prejudice but the request for transfer is GRANTED; it is

FURTHER ORDERED that this action shall be TRANSFERRED to the United States District Court for the District of Kansas; it is

FURTHER ORDERED that the Clerk of the Court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the District of Kansas; it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: August 25, 2006