UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBert C. MCCOY and ANTHONY MCCOY )<br>)<br>Plaintiffs )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civ. A. No. 06cv762 (PLF) |

**ORDER**

Upon consideration of plaintiff's Motion for Reconsideration of Transfer Order and for Stay Pending Reconsideration, it is

ORDERED that pending reconsideration, execution of the portion of the Court's August 25, 2006, order transferring this case to the United States District Court for the District of Kansas is stayed.

Dated:_____     _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Karen L. Melnik
AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W.
Suite 225
Washington, D.C. 20009