UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT C. MCCOY and<br>    ANTHONY MCCOY<br><br>    Plaintiffs<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civ. A. No. 06cv762 (PLF) |

**NOTICE OF FILING OF STATEMENT UNDER LCvR7(m) THAT DEFENDANT OPPOSES MOTION FOR RECONSIDERATION OF TRANSFER ORDER AND FOR STAY PENDING RECONSIDERATION**

Please take note that counsel for defendant has informed counsel for plaintiffs that defendant opposes plaintiffs' Motion for Reconsideration of Transfer Order and for Stay Pending Reconsideration.

Respectfully submitted,

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009
202/328-2244

Counsel for Plaintiffs