UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALBERT C. McCOY and ANTHONY McCOY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0762 (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

MEMORANDUM OPINION AND ORDER

On August 25, 2006, the Court granted in part and denied in part defendant's motion to dismiss or, in the alternative, to transfer venue and ordered that this case be transferred to the United States District Court for the District of Kansas. Plaintiffs have now brought pursuant to Rule 59(e) of the Federal Rules of Civil Procedure a motion for reconsideration of that transfer order and for a stay pending reconsideration. A motion to alter or amend a judgment under Rule 59(e) of the Federal Rules of Civil Procedure will not be granted unless there is an "intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C.Cir. 1996) (citing National Trust v. Department of State, 834 F.Supp. 453, 455 (D.D.C. 1993), *aff'd in part and rev'd in part on other grounds sub nom.* Sheridan Kalorama Historical Ass'n v. Christopher, 49 F.3d 750 (D.C.Cir. 1995)). Rule 59(e) motions are "not simply an opportunity to reargue facts and theories upon which a court has already ruled." State of New York v. United States of America, 880 F. Supp. 37, 38 (D.D.C. 1995) (three judge panel) ("[A] motion to

reconsider must establish more than simply the defendant's continued belief that the Court's decision was erroneous."). Whether to grant or deny a motion for reconsideration is committed to the discretion of the trial court. See Firestone v. Firestone, 76 F.3d at 1208.

Upon consideration of the parties' briefs and the Memorandum Opinion and Order of August 25, 2006, the Court concludes, for the reasons stated in defendant's opposition brief, that plaintiffs have failed to meet their burden under Rule 59. See Defendant's Memorandum in Opposition to Plaintiffs' Motion for Reconsideration of Transfer Order and for Stay Pending Reconsideration at 2. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Reconsideration of Transfer Order and for Stay Pending Reconsideration [8] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 13, 2006